IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| AARON LEMASTER TATE, | ) | |
| | ) | CASE NO.: 1:18-CV-00186-MR-DSC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK STEVEN GRAYSON, JR. AND DIEBOLD NIXDORF INCORPORATED, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

THIS MATTER comes before the Court on the "Motion for Admission Pro Hac Vice and

Affidavit [for Ryan T. Winkler]" (document #14). For the reasons stated therein, the Motion is

granted.

**SO ORDERED**.

Signed: November 16, 2018

_____

David S. Cayer
United States Magistrate Judge

1